### UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):    **ST. HERMAN'S TABLE , ; LANCE BRACE , ;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Christopher J. Charles ,**
Provident Law
16100 N. 71st Street, Suite 350
Scottsdale, AZ  85254
4803883343

**Timothy J. Watson ,**
Provident Law
16100 N. 71st Street, Suite 350
Scottsdale, AZ  85254
4803883343

**Ann-Marie White René ,**
Center for Law & Religious Freedom
8001 Braddock Road, Ste 302
Springfield, VA  22151
703-642-1070, Ext: 404

**Defendant**(s): **CITY OF PHOENIX , ;**

County of Residence: Maricopa

Defendant's Atty(s):

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| <u>II. Basis of Jurisdiction:</u> | **1. U.S. Government Plaintiff** |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | **4 AZ corp or Principal place of Bus. in AZ** |
| Defendant:- | **4 AZ corp or Principal place of Bus. in AZ** |
| <u>IV. Origin</u> : | **1. Original Proceeding** |
| <u>V. Nature of Suit:</u> | **440 Other Civil Rights** |
| <u>VI.Cause of Action:</u> | **42 U.S.C. § 1983 - Free Exercise of Religion Clause Not Neutral or Generally Applicable Facially and As Applied to St. Herman's and Mr. Brace** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | **No** |
| Dollar Demand: | **Declare that the City may not cite, arrest, charge, or prosecute Mr. Brace, St. Herman's, or any volunteer or associate of St. Herman's under the Ordinance** |

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>Christopher J. Charles</u>

**Date:** <u>6-2-26</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014