

# PROVIDENT LAW

# Exhibit 1

Hello. My name is Lance Brace. I am an Orthodox Christian, and I run an organization called St. Herman's Table.

In Orthodox Christianity, we have three primary spiritual disciplines: prayer, fasting, and almsgiving. Almsgiving is not optional. It is a required and essential practice of the Christian life, most often expressed by feeding the hungry.

As I read this proposal, I asked a simple question: what exactly does this ordinance prohibit St. Herman's Table from doing?

It does not prohibit being in the park.
It does not prohibit the homeless being in the park.
It does not prohibit speaking with the homeless.
It does not prohibit gathering.
It prohibits one thing: the act of handing a hungry person something to eat.

That act is called almsgiving. It is a religious practice.

This ordinance therefore imposes a direct burden on the free exercise of religion. It conditions the ability to practice that religion on obtaining government permission, subject to limited permits, discretionary approval, and requirements (such as insurance) that many small, volunteer ministries cannot meet.

I want to be clear: I am not here to argue against order, safety, or cleanliness in our parks. Those are legitimate concerns. But those concerns can be addressed without prohibiting or effectively prohibiting acts of charity. For example, the city can enforce existing littering laws, require groups to clean up all trash after distributing food, and ensure walkways and park access remain unobstructed, without limiting service to two permits per month or imposing requirements that make participation realistically impossible for small, volunteer groups.

For two thousand years, the Church has fed the hungry as a core part of its life and witness. That practice will continue.

No Christian can be required to seek Caesar's permission to fulfill a religious obligation such as feeding the hungry. The role of government is not to stand between a person and their duty to love their neighbor.

As a matter of conscience and faith, I cannot/will not refrain from almsgiving, and I cannot accept a system in which that obligation requires prior permission from the government.

If this ordinance passes, it will not end acts of charity. It will only place those acts in conflict with the law.

I urge you to reconsider this proposal.

Thank you.