

# PROVIDENT LAW

# Exhibit 2

# EXHIBIT 2

Hello. My name is Lance Brace. I lead an outreach ministry called St. Herman's Table.

Every Thursday evening, we go to Cave Creek Park at Cactus to feed people who are hungry.

This is not just volunteer work. This is a Christian ministry.

In the Orthodox Christian faith, feeding the hungry is called almsgiving. It is not optional. It is a core religious practice that has been carried out *in public spaces* for millennia. [half pause]

When we do this, we are not just handing out food. We are bringing the Love of God to our homeless neighbors. [slowly] We are bringing the Light of Christ into their lives. We bring them to Church. We pass out Bibles and Icons. We pray for and with them.

This ordinance places an undue burden on our ministry, and would make it impossible to continue.

It requires permission. It limits when it can happen. And it creates a system where small, volunteer-led ministries like ours may not be able to continue at all.

And I want to be very clear about something.

No person of faith should need permission from the government to practice our religion in this peaceful, helping way, like the Church has been doing for 2,000 years.

[pause]

At the same time, this ordinance does not burden secular activities in the same way. It creates a distinction where feeding the hungry—because of what it is and who it serves—is treated differently.

And ultimately, this ordinance will not stop almsgiving.

It will not stop the Church from feeding the hungry where they are.

It will only force people of conscience to choose between engaging with our faith and submitting to the law.

That is not a position the City should be putting its people in.

We all want our parks to be clean and safe. That is important. But those concerns can be addressed without placing barriers in front of people trying to help.

I ask you to reconsider this ordinance.

Thank you.