

**PROVIDENT LAW**

Christopher J. Charles, SBN 023148
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
Telephone: (480) 388-3343
Facsimile: (602) 753-1270
For E-Service and Court Use Only: fileclerk@providentlawyers.com

Ann-Marie White René*
Virginia Bar License No. 91166
Center for Law & Religious Freedom
8001 Braddock Road, Ste 302
Springfield, VA 22151
Office: 703-642-1070, Ext: 404
Email: Arene@clsnet.org
*Pro Hac Vice

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| St. Herman's Table, an Arizona nonprofit corporation; and Lance Brace, | Case No. 2:26-cv-03882-KML |
| Plaintiffs, | **NOTICE OF SERVICE** |
| vs. | |
| City of Phoenix, | |
| Defendants. | |

St. Herman's Table and Lance Brace ("Plaintiffs"), by counsel, hereby certify that on June 4, 2026, Plaintiffs sent via electronic mail a copy of the Court's June 4, 2026 Order (Doc. No. 9) to the following:[1]

Jean-Jacques Cabou
Perkins Coie
2525 E. Camelback Road Suite 500
Phoenix, AZ 85016-4227
602.351.8003
jcabou@perkinscoie.com

Margo Casselman
Perkins Coie
2525 E. Camelback Road Suite 500
Phoenix, AZ 85016-4227
602.351.8159
MCasselman@perkinscoie.com

*Counsel for the Defendant*

**DATED** this 5th day of June 2026.

PROVIDENT LAW®

Christopher J. Charles, Esq.

*Ann-Marie White René*

Ann-Marie White René, Esq.
*Pro Hac Vice*

---

[1] Likewise, on June 3, 2026, Plaintiffs served a copy of the Court's June 3, 2026 Order (Doc No. 8) to the Defendant's counsel herein.

2

**<u>Certificate of Service</u>**

I certify that on June 5, 2026, I served this document on the following individuals via electronic mail:

Jean-Jacques Cabou
Perkins Coie
2525 E. Camelback Road Suite 500
Phoenix, AZ 85016-4227
602.351.8003
jcabou@perkinscoie.com

Margo Casselman
Perkins Coie
2525 E. Camelback Road Suite 500
Phoenix, AZ 85016-4227
602.351.8159
MCasselman@perkinscoie.com

*Ann-Marie White René*

_____
Ann-Marie White René, Esq.
*Pro Hac Vice*



3