**Exhibit 3**

**Jean-Jacques Cabou Declaration**

**PERKINS COIE LLP**
Jean-Jacques Cabou (#022835)
Margo R. Casselman (#034963)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:  +1.602.351.8000
JCabou@perkinscoie.com
MCasselman@perkinscoie.com
DocketPHX@perkinscoie.com

Jonathan P. Hawley (WA#56297)*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
JHawley@perkinscoie.com
*Pro Hac Vice Forthcoming

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| St. Herman's Table et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, <br><br> Defendant. | No. CV-26-03882-PHX-KML <br><br> **DECLARATION OF JEAN-JACQUES CABOU REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE** |

Pursuant to the Court's Order, Dkt. No. 9, undersigned counsel submits the below declaration regarding the use of generative artificial intelligence in the City of Phoenix's response in opposition to Plaintiffs' Emergency Application for a Temporary Restraining Order and Motion for Preliminary Injunction (the "Response").

I, Jean-Jacques Cabou, declare as follows:

1. I am over the age of eighteen, have personal knowledge of the facts stated in this declaration, and, if called as a witness, could and would testify competently to them.

2. I am a partner at Perkins Coie LLP (the "Firm") and lead counsel for the

City of Phoenix in this matter.

3.    The Firm encourages the use of new technologies to enhance the services delivered to our clients. One of these technologies is artificial intelligence ("AI").

4.    The Firm permits the use of AI only in conformity with its lawyers' ethical obligations and the Firm's policy on the Use of Generative Artificial Intelligence.

5.    My colleagues and I used AI as part of our work on the Response, particularly in research and the organizing and synthesis of various relevant facts.

6.    No portion of the Response was generated by AI.

7.    I certify that my colleagues and I have personally reviewed and verified the contents of this filing as accurate and in compliance with Federal Rule of Civil Procedure 11.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of June, 2026.


By:    */s/Jean-Jacques Cabou*
         Jean-Jacques Cabou

-2-