

**PROVIDENT LAW**

Christopher J. Charles, SBN 023148
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
Telephone: (480) 388-3343
Facsimile: (602) 753-1270
For E-Service and Court Use Only: fileclerk@providentlawyers.com

Ann-Marie White René*
Virginia Bar License No. 91166
Center for Law & Religious Freedom
8001 Braddock Road, Ste. 302
Springfield, VA 22151
Office: 703-642-1070, Ext: 404
Email: Arene@clsnet.org
(*Admitted Pro Hac Vice)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| St. Herman's Table, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>City of Phoenix,<br><br>                    Defendant. | Case No. 2:26-cv-03882<br><br>**NOTICE OF APPEARANCE** |

The undersigned, Steven T. McFarland, hereby notifies the Clerk of the Court and all parties of their appearance as counsel for Plaintiffs St. Herman's Table and Lance Brace in the above-captioned matter. Counsel has been admitted pro hac vice in this case.

Pursuant to the Local Rules of Practice for the United States District Court for the District of Arizona, undersigned counsel certifies the following contact information:

**Law Firm:** Center for Law & Religious Freedom
**Attorney Name:** Steven T. McFarland
**State Bar Number:** Washington Bar License No. 11111
**Address:** 8001 Braddock Rd., Ste. 302
**City, State, Zip:** Springfield, VA 22151
**Telephone:** (703) 642-1070, Ext. 401
**Email:** smcfarland@clsnet.org

Counsel requests to be included on all electronic notifications and to be served with all future pleadings, notices, and documents filed in this case.

**RESPECTFULLY SUBMITTED ON** this 9th day of June 2026.

_____
Steven T. McFarland, Esq.*
Washington Bar License No. 11111
*(*Admitted Pro Hac Vice*)

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing, which will serve a copy of such on counsel of record.

*Ann-Marie White René*

_____
Ann-Marie White René, Esq.*
Virginia Bar License No. 91166
*(*Admitted Pro Hac Vice*)