

**PROVIDENT LAW**

Christopher J. Charles, SBN 023148
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
Telephone: (480) 388-3343
Facsimile: (602) 753-1270
For E-Service and Court Use Only: fileclerk@providentlawyers.com

Ann-Marie White René*
Virginia Bar License No. 91166
Center for Law & Religious Freedom
8001 Braddock Road, Ste 302
Springfield, VA 22151
Office: 703-642-1070, Ext: 404
Email: Arene@clsnet.org
*Admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| St. Herman's Table, an Arizona nonprofit corporation; and Lance Brace, | Case No. 2:26-cv-03882-KML |
| Plaintiffs, | |
| vs. | **NOTICE FOR EXPEDITED CONSIDERATION** |
| City of Phoenix, | |
| Defendant. | |

St. Herman's Table and Lance Brace ("Plaintiffs"), through counsel, in accordance with the Court's June 4, 2026 Order (Doc. No. 9) hereby file this Notice for Expedited

Consideration in regard to their Motion for Expedited and Limited Discovery, which was also filed on this day. The Plaintiffs state the following in support thereof.

In the Court's June 4 Order, the Court requests that any Motion seeking expedited consideration must identify the following: (1) the facts establishing the need for expedited resolution; (2) the dates of the imminent events pertinent to the request; (3) whether the motion or request for expedited consideration could have been filed earlier; and (4) when or how the moving party will provide notice to all other parties and the other parties' positions on the motion. (*Id*. at 6.) In accordance with the Court's June 4 Order, undersigned counsel certifies that:

(1) Just yesterday, the Court adopted the Defendants' proposed briefing scheduling and as such, the City intends to amend its rules and the permitting process for the Ordinance at issue in this case prior to the Plaintiffs' due date for their supplemental briefing and evidence in support of their Motion for a Preliminary Injunction. The Plaintiffs are therefore seeking to propound discovery as soon as possible so that they may review responsive documents and take at least one relevant deposition before their deadline for filing their supplemental briefing and evidence.

(2) The Plaintiffs' supplemental briefing and evidence in support of their Motion for a Preliminary Injunction are due to the Court no later than July 24, 2026. Accordingly, the Plaintiffs are seeking to propound discovery no later than Jun 19, 2026 to give the City 30 days to produce documents and for the parties to schedule at least one

2

deposition, and to allow the Plaintiffs time to review that discovery before their July 24 deadline.

(3) The Plaintiffs' Motion for Expedited and Limited Discovery could not have been filed any earlier because the Court ruled just yesterday on the Parties' proposed timelines, adopting the City's proposal.

(4) On this day, prior to the filing of the Plaintiffs' Motion for Expedited and Limited Discovery, the Plaintiffs conferred with the Defendant prior to the filing of this Motion. The Defendant objects to the Motion and in Counsel's words asks that the Plaintiffs "advise the Court that we object to one-way discovery, plan to brief in opposition on a schedule ordered by the Court, and, if any discovery is ordered, our position is that it must be reciprocal, wherein we will depose Mr. Brace as well as serve our own RFPs."

**DATED** this 17th day of June 2026.

**PROVIDENT LAW®**

Christopher J. Charles, Esq.

*Ann-Marie White René*

Ann-Marie White René, Esq.
*Pro Hac Vice**
Virginia Bar License No. 91166
Admitted *Pro Hac Vice

3

## Certificate of Service

I certify that on June 17, 2026, I filed this document via the Court's CM/ECF filing system which will serve the following individuals via electronic mail:

Jean-Jacques Cabou
Perkins Coie
2525 E. Camelback Road Suite 500
Phoenix, AZ 85016-4227
602.351.8003
jcabou@perkinscoie.com

Margo Casselman
Perkins Coie
2525 E. Camelback Road Suite 500
Phoenix, AZ 85016-4227
602.351.8159
MCasselman@perkinscoie.com

Johnathan Hawley
Perkins Coie
JHawley@perkinscoie.com
*Counsel for Defendants*

*Ann-Marie White René*

_____
Ann-Marie White René, Esq.
*Pro Hac Vice*

4