**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| St Hermans Table, et al., | No. CV-26-03882-PHX-KML |
| Plaintiffs, | No. CV-26-04222-PHX-DJH |
| v. | **ORDER** |
| City of Phoenix, et al., | |
| Defendant. | |

Plaintiffs in *Circle the City et al. v. City of Phoenix et al.*, No. 2:26-cv-04222-PHX-DJH, have moved to transfer that case to this judge. Having examined the transfer briefing and complaints in both cases and conferred with Judge Humetewa, the cases do not appear to meet the standard for transfer under LRCiv. 42.1(a). In addition, the court has considered the possibility of voluntary judicial reassignment under LRCiv. 42.1(e), but "reasons of judicial economy and the availability of judicial resources" do not currently favor transfer under that provision.

Accordingly,

**IT IS ORDERED** the Motion to Transfer (Doc. 24) is **DENIED**.

Dated this 29th day of June, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**