**ASHURST PERKINS COIE US LLP**
Jean-Jacques Cabou (#022835)
Margo R. Casselman (#034963)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: 602.351.8000
J.Cabou@ashurstperkins.com
Margo.Casselman@ashurstperkins.com
DocketPHX@perkinscoie.com

Jonathan Hawley (WA#56297)*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Jonathan.Hawley@ashurstperkins.com
*Admitted Pro Hac Vice

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| St. Herman's Table et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>City of Phoenix,<br><br>                    Defendant. | No. CV-26-03882-PHX-KML<br><br>**NOTICE OF LAW FIRM NAME CHANGE** |

PLEASE TAKE NOTICE that, effective June 26, 2026, PERKINS COIE LLP changed its name to ASHURST PERKINS COIE US LLP.

There has been no change in the attorneys of record, address, telephone number or representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email address as follows:

**ASHURST PERKINS COIE US LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: 602.351.8000
J.Cabou@ashurstperkins.com
Margo.Casselman@ashurstperkins.com


1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Jonathan.Hawley@ashurstperkins.com


Dated:  July 17, 2026                 **ASHURST PERKINS COIE US LLP**


By: */s/ Jean-Jacques Cabou*
       Jean-Jacques Cabou (#022835)
       Margo R. Casselman (#034963)
       2525 E. Camelback Road, Suite 500
       Phoenix, Arizona 85016-4227
       J.Cabou@ashurstperkins.com
       Margo.Casselman@ashurstperkins.com

       Jonathan Hawley (WA#56297)*
       1301 Second Avenue, Suite 4200
       Seattle, Washington 98101-3804
       Jonathan.Hawley@ashurstperkins.com
       *Admitted Pro Hac Vice

       *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christopher J. Charles, SBN 023148
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
fileclerk@providentlawyers.com

Ann-Marie White René*
Virginia Bar License No. 91166
Center for Law & Religious Freedom
8001 Braddock Road, Ste 302
Springfield, VA 22151
Arene@clsnet.org
(*Pro Hac Vice Application Pending)

s/ Indy LaFever

187850661.1

-3-