PROVIDENT LAW

# Exhibit 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

St. Herman's Table, an Arizona nonprofit corporation; and,
Lance Brace,

Plaintiffs,

v. Case No. 2:26-cv-03882-KML

City of Phoenix,

Defendant.

**SUPPLEMENTAL DECLARATION OF LANCE BRACE**

L. Brace hereby declares as follows:

1. My name is Lance Brace. I am over the age of eighteen. I am a resident of Arizona. I live in the City of Phoenix ("the City").
2. I am one of the Plaintiffs in the above captioned case. I previously submitted a Declaration in this action. This is my second, supplemental Declaration.
3. I have had a chance to review the Amended Rules issued by the City on July 10, 2026 regarding the City's *Medical Treatment and Food Distribution in Parks Ordinance* (hereinafter, "the Ordinance").
4. The Amended Rules state that "outreach" and "education" activities are exempt from the Ordinance. It is unclear to me what these terms mean and what sort of activities do or do not qualify as "outreach" and/or "education".

5. However, because St. Herman's Table seeks to give food to our homeless neighbors[1] at Cave Creek Park at Cactus every Thursday, I interpret this as a "food distribution event" as defined in the Ordinance and subject to the Ordinance's enforcement.

6. Food distribution—in and of itself—is a religious exercise of mine and of St. Herman's Table's. Giving food to the poor and homeless in Jesus' name is commanded in the Bible and I firmly believe that I am called as a disciple of Christ to do the same.

7. For example, in explaining His coming in glory at the Eschaton to judge the living and the dead, Jesus tells us that those who fed the hungry, clothed the naked, and visited the sick and imprisoned did this not just to them but to Him. Likewise, those who did not feed the hungry, clothe the naked, or visit the sick and imprisoned also did not do these for Him. The latter group is then told to "go away into everlasting punishment" while the former group enters into eternal life (Matthew 25:31-46, New King James Version as in The Orthodox Study Bible). I founded St. Herman's to adhere to Jesus' commandment to feed the hungry, clothe the naked, and visit with the sick. Through St. Herman's, I am able to feed the homeless. St. Herman's also occasionally provides clothing to our homeless friends, and many of those we serve are sick and/or injured. And although I am unaware of whether any of St. Herman's attendees have been imprisoned recently, if I were to become of aware of any of them in jail or prison, I

---

[1] I use the term 'neighbor' throughout this Declaration in the Scriptural sense as explained by Christ in the Parable of the Good Samaritan (Luke 10:25-37): anyone in need whom we encounter and can help.

would take the opportunity to visit them to hopefully bring to them Christ's comfort and peace.

8. Further, my religious exercise does not end after I distribute food to my homeless friends at Cave Creek Park. On Thursday evenings, St. Herman's volunteers and I also learn their names, listen to their stories and needs, offer to pray with or for them, share Scripture with them, invite them to our church (several have accepted my invitation) and eat with them the same meal that we have distributed to them. Their interaction or responsiveness is not a prerequisite for receiving our food and toiletries. We share these meals with the homeless to express God's love, to do as Christ and the apostles commanded, and to signify that their dignity is equal to ours under God. God loves them and we love them.

9. In Orthodox Christianity, meals are sacred acts. Feeding oneself and others is not just for feeding the body. It is a spiritual act that connects an individual with God's Earthly blessings and others. Meals and communal eating are integral to Orthodox life.

10. St. Herman's Table was so named to express that food is meant by God to be shared with the needy. I choose to use the term "table" to express that our ministry's purpose, led by the intercession of St. Herman, is to share meals in our community, and in particular, with those in need. The word is meant to convey the message that we are all welcome at God's table.

11. As I explained in my first Declaration, at our food distribution events, we display icons and images of the Orthodox Cross, Christ, and the saints to convey our message. We also have a sign-in sheet where we invite attendees to write down their prayer requests.

In August, St. Herman's large banners arrived in the mail, which we now also display every Thursday evening. A photograph of one of our banners is attached to this Declaration as Exhibit A. We also offer icon prints of St. Herman to encourage our neighbors to pray, and which include stickers on the back with our Church's name, address, and web address. Photographs of some of the Bibles and icons that St. Herman's passes out and the icons that we display are attached to this Declaration as Exhibit B.

12. We know that the neighbors we serve receive our message—from their thanks, their sharing, their religious questions, their acceptance of our Bibles and literature, even some accepting our invitations and joining us at church. One time, I ran into someone that we had served at St. Herman's Table on the street. He recognized me as the "God people." I took this as the highest compliment. I seek to be a witness of God's love to all of those I encounter, and I was humbled but happy to hear that he associated me with Christ.

13. I and the volunteers who eventually incorporated as St. Herman's Table as a non-profit organization first began distributing food to the homeless at Cave Creek Park at Cactus in September 2025. Seven months later I first learned on Western Easter Sunday 2026, April 5, 2026, that the City was considering passing the Ordinance as it relates to "food distribution." Prior to April 2026, I had no negative interactions with the City about St. Herman's Table and had never been cited, or even warned, by the City about trash, noise, or crowds related to St. Herman's. I was surprised to learn that the City Council was considering extending the proposed Ordinance to regulate meals in parks. I

immediately had concerns as to how this would affect my and St. Herman's ability to continue our almsgiving at Cave Creek Park at Cactus. As explained in my first Declaration, after learning of the Ordinance, I spoke out at two public hearings in opposition to it.

14. I have spent time (and a considerable amount of our family's own money) over the past year working to establish St. Herman's as a reputable—and Godly—ministry. I spoke with Father Thomas, who is the pastor at Exaltation of the Holy Cross Orthodox Church, in January 2026 about formally naming "St. Herman's Table" after St. Herman of Alaska (prior to that, we called St. Herman's Table our "Thursday outreach"). In February 2026, I again spoke with Father Thomas about incorporating St. Herman's Table into a non-profit organization. I personally spent over $3,000 on March 31, 2026 to begin the process of incorporating St. Herman's Table and to receive 501(c)(3) status. Attached to this Declaration is an invoice for that payment as Exhibit C.

15. Because St. Herman's provides food and items to the homeless every week free of charge, we accept donations to continue to support the community. We therefore have created a website to get the word out about St. Herman's Table and to accept donations for the ministry. The website can be found at this link: https://sthermanstable.org/.

16. All of the proceeds that St. Herman's Table has received since incorporating (approximately $1,000 so far, most of which was generously donated by parishioners at Exaltation of the Holy Cross Orthodox Church and people I know personally) goes to supporting the ministry. The board members of St. Herman's, and its volunteers,

including myself, do not profit whatsoever from St. Herman's Table. In fact, we joyfully operate St. Herman's at great personal expense.

17. I specifically chose Cave Creek Park at Cactus for St. Herman's Table because I felt compelled by the Holy Spirit that we should feed the homeless each week and that Cave Creek Park at Cactus is where God intended for St. Herman's to be. This was confirmed and God's purpose for us at Cave Creek Park at Cactus became clear when I and St. Herman's volunteers began forming significant relationships with those St. Herman's served at Cave Creek Park at Cactus. I can individually name approximately 20 individuals with whom I have formed significant relationships at Cave Creek Park at Cactus. While God can do anything, I believe that being there every week is key to meeting the spiritual needs of those whom we first met there, for winning their trust when we say we genuinely love them in Jesus' name, and for working out my own repentance.

18. Other volunteers with St. Herman's Table have suggested that St. Herman's go to other parks in Phoenix, but I have always insisted that St. Herman's Table remain at Cave Creek Park at Cactus. Although I am hopeful that St. Herman's Table will one day be able to expand to other parks as well, St. Herman's will remain at Cave Creek Park at Cactus so long as we are compelled by the Holy Spirit to do so. If I did not have a family to lead and a livelihood to earn, I would love to feed the homeless daily. But as of now, with work and my responsibilities as a husband and father, I am able to dedicate time on a weekly basis to St. Herman's.

19. Cave Creek Park at Cactus is not the closest Phoenix City Park to my house. But as I stated, I have felt compelled by the Holy Spirit to minister in that specific park.

20. I intend to continue St. Herman's Table at Cave Creek Park at Cactus every Thursday despite any outcome of this case. I will not abandon those I have formed friendships with, and I will continue to seek their conversion and to deepen their faith by bringing Christ's love to them every week at Cave Creek Park at Cactus. I will not willfully, consciously refuse the Holy Spirit's command to me to be at Cave Creek Park at Cactus to minister to our homeless neighbors.

21. Several months ago, the City curiously removed the large dumpster at Cave Creek Park at Cactus and at least one regular trash can. This has made it harder for St. Herman's Table to immediately discard of trash during and after events. St. Herman's now brings its own "pop-up" trash cans each Thursday night, one is pictured in the photo found at Exhibit A. After we are done eating and have cleaned up, we have to bag up all of our trash (as well as the litter we pick up in the park before, during, and after our meal) and take it with us in the car to dispose of it at another location. Having access to more trashcans and dumpsters would help St. Herman's to more easily discard of trash and further the City's stated purpose for the Ordinance to make parks clean and safe.

22. As stated, because we provide food to the homeless at Cave Creek Park at Cactus, I assume that St. Herman's Table is subject to the Ordinance because its weekly events qualify as a "food distribution event." However, I am aware of another charitable organization that likewise provides food at public events for which a permit is not required.

23. Specifically, the Norton Vista Neighborhood Association is a wonderful charitable organization of volunteers that puts on events to support underserved communities in the City. Councilmember Debra Stark in District No. 3 represents the district in which the Norton Vista Neighborhood Association operates. Councilmember Stark is a vocal supporter of the Norton Vista Neighborhood Association. Although Councilmember Stark is a supporter of the Norton Vista Neighborhood Association, it is my understanding that it is an independent, non-governmental organization.

24. On June 20, 2026, after the Ordinance went into effect, the Norton Vista Neighborhood Association put on an event with games and free food for the general public. The flyer for the event was available on the Norton Vista Neighborhood Association's public Facebook page as well as on Councilmember Stark's official Facebook page. The flyer that was posted on both the Norton Vista Neighborhood Association and Councilmember Stark's Facebook is attached as Exhibit D to this Declaration.

25. As of the date that I signed this Declaration, the flyer attached as Exhibit D is available for viewing on Councilmember Stark's Facebook page, which can be visited at this link: https://www.facebook.com/DebraStarkPHX/. This Facebook link, Councilwoman Stark's Facebook page, is linked from her Official City of Phoenix Government website, which can be found here: https://www.phoenix.gov/administration/mayorcouncil/district3.html.[2] The flyer was

---

[2] Specifically, there is a link at the bottom of Councilwoman Stark's Government Webpage that says "Follow us on Facebook." If one clicks that link, it leads to https://www.facebook.com/DebraStarkPHX/.

posted by Councilwoman Debra Stark on June 10 with the caption: "Summer is here join Norton Vista! [] June 20th they are having a blowout Sunnyslope Summer Celebration cookout and chill out. Great food, games, tons of prizes, and Cars (the movie). Best of all – it's all FREE! So don't forget your lawn chairs and blankets for the movie!" A screenshot of the post from Councilwoman Stark's Facebook page advertising the June 20th event is attached to this Declaration as Exhibit E.

26. As stated, the Norton Vista Neighborhood Association also posted the flyer on their public Facebook page. The Norton Vista Neighborhood Association's Facebook page can be accessed at this link: https://www.facebook.com/NortonVista85020/. As of the date that I signed this Declaration, the June 16, 2026 post advertising the event was still available. A screenshot of the June 16, 2026 post is attached to this Declaration as Exhibit F.

27. At the event, food was served to the general public and photos of the event were posted to the Norton Vista Neighborhood Association's public Facebook page. A screenshot of the photos of the event and the individual photos are attached to this Declaration as Exhibit G. As of the date of this Declaration, these photographs are still available for viewing on the Norton Vista Neighborhood Association's public Facebook page.

28. I reviewed Mr. Whitfield's Declaration that he submitted in response to the Emergency Application for a Temporary Restraining Order that was filed in this case.

29. In Mr. Whitfield's Declaration, he included a chart that listed all of the permits that the City issued for the June-August 2026 period. *See* Whitfield Decl. ¶ 23. The Norton Vista Neighborhood Association's June 20th event held at Norton Park was not listed

on that chart and therefore apparently did not require a Parks Services Permit for its event. There is no indication since Mr. Whitfield's Declaration that a Parks Services Permit was issued for this event.

30. It is unclear to me why the Norton Vista Neighborhood Association's event was not required to get a permit under the Ordinance as it appears to be a "charitable" organization that hosted a "food distribution event" under the Ordinance to the "general public".

31. To be clear, I think the Norton Vista Neighborhood Association does wonderful work and I want them to be able to continue to do it. But I do not understand why the Parks Department apparently picks and chooses which food distribution events require a permit and which do not.

32. Engaging in our religious exercise by feeding the homeless should not subject St. Herman's Table to a greater burden and a ban against our weekly meals. Our First Amendment rights should not be subordinated to the City's interest in litter prevention and in subjectively choosing who can use a public park and how often depending on their motive for feeding.

33. I attended Billy's Way Home's food distribution event this past Saturday, on September 5, 2026 at Cave Creek Park at Sweetwater. From my understanding, Billy's Way Home was granted authorization to be in the park from 6 p.m. to 9 p.m. for their event. I arrived at the park at about 5:45 p.m. When I arrived, I offered to help Billy's Way Home's volunteers unload their supplies into the park. The volunteers told me that they

had been previously warned by Parks and Recreation Department employees not to begin unloading before 6 p.m.

34. At about 6 p.m., I was speaking with Brandy Chard, the operator of Billy's Way's Home and the coordinator of the event. A Parks and Recreation Department official walked over to her and began speaking with Brandy. It was a friendly conversation as it was clear to me that Brandy and this Parks official knew each other. During their conversation, the Parks official stated that he'd soon be going over to "Cactus Park"[3] because there were birthday parties being held that day at that park and he expected that there would be trash left behind. He indicated that in his experience, birthday parties often leave a lot of trash in the parks.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7th. 2026

Lance Brace

[3] Cactus Park is a different park than Cave Creek Park at Cactus.

Brace Declaration
Exhibit A



Brace Declaration
Exhibit B




NKJV
HOLY
BIBLE
HOLY BIBLE
KJV
HOLY
BIBLE

FOUNDATION GROUP | BryteBridge

Brace Declaratin
Exhibit C

**Foundation Group**
2451 Atrium Way Suite 300
Nashville, TN 37214
501c3.org
615-361-9445

# Invoice

**St Herman's Table**
[redacted]

**Invoice number:** 202612668
**Date:** 03-30-2026
**Date paid:** 03-31-2026

**Description:**

The SureStart Complete Formation package includes comprehensive services required to form a new 501(c) nonprofit organization and establish a compliant operational foundation. This package manages the legal, federal, and state formation process, prepares required governance documents, and supports initial regulatory filings to enable the organization to operate and grow with confidence.

The package includes a twelve-month introductory SurePlan membership, which provides ongoing coaching, guidance, and support from our nonprofit experts, as well as the first year of Registered Agent Service to provide a compliant physical address, receive official correspondence, and help maintain privacy and good standing. Our team manages the process end-to-end and supports the IRS approval through our 501(c) guarantee.

Deliverables include state incorporation or amendment services, charitable solicitation registration (excluding Washington, DC), state corporate tax exemption, federal Employer Identification Number (EIN) acquisition, preparation and filing of the appropriate IRS exemption application based on eligibility and IRS requirements (Form 1023, 1023-EZ, Form 1024, or Form 1024-A), a Bylaws framework, a Conflict of Interest Policy framework, one (1) year of Registered Agent Service, one (1) year of SurePlan membership, and preparation and filing of the first IRS Form 990. State and IRS filing fees are not included in the program price and will be assessed at the time of filing.

Pricing applies only to organizations seeking recognition under IRC Sections 501(c)(2), 501(c)(3), 501(c)(4), 501(c)(5), 501(c)(6), 501(c)(7), 501(c)(13), and 501(c)(19). If it is determined that the organization requires a different 501(c) classification, additional service fees may apply.

After the initial term, SurePlan and Registered Agent subscriptions will automatically renew at their then-current rates and on their respective billing cycles unless canceled prior to renewal.

| Product or service | Rate ($) | Qty | Amount |
| --- | --- | --- | --- |

| Product or service | Rate ($) | Qty | Amount |
|---|---|---|---|
| **SureStart Complete**<br>The SureStart Complete Formation package includes comprehensive services required to form a new 501(c) nonprofit organization and establish a compliant operational foundation. This package manages the legal, federal, and state formation process, prepares required governance documents, and supports initial regulatory filings to enable the organization to operate and grow with confidence.<br><br>The package includes a twelve-month introductory SurePlan membership, which provides ongoing coaching, guidance, and support from our nonprofit experts, as well as the first year of Registered Agent Service to provide a compliant physical address, receive official correspondence, and help maintain privacy and good standing. Our team manages the process end-to-end and supports the IRS approval through our 501(c) guarantee.<br><br>Deliverables include state incorporation or amendment services, charitable solicitation registration (excluding Washington, DC), state corporate tax exemption, federal Employer Identification Number (EIN) acquisition, preparation and filing of the appropriate IRS exemption application based on eligibility and IRS requirements (Form 1023, 1023-EZ, Form 1024, or Form 1024-A), a Bylaws framework, a Conflict of Interest Policy framework, one (1) year of Registered Agent Service, one (1) year of SurePlan membership, and preparation and filing of the first IRS Form 990. State and IRS filing fees are not included in the program price and will be assessed at the time of filing.<br><br>Pricing applies only to organizations seeking recognition under IRC Sections 501(c)(2), 501(c)(3), 501(c)(4), 501(c)(5), 501(c)(6), 501(c)(7), 501(c)(13), and 501(c)(19). If it is determined that the organization requires a different 501(c) classification, additional service fees may apply.<br><br>After the initial term, SurePlan and Registered Agent subscriptions will automatically renew at their then-current rates and on their respective billing cycles unless canceled prior to renewal. | $3,499.00 | 1 | $3,499.00 |

PAID

| | |
|---|---|
| Subtotal | $3,499.00 |
| Tax (0%) | $0.00 |
| **Total** | **$3,499.00** |

**Payment history**

| Payment method | Date | Total paid |
|---|---|---|
| Credit card | 03-31-2026 | $3,499.00 |

Important Note: **State and IRS filing fees are not included in the program price and will be assessed at the time of filing**.

Brace Declaration
Exhibit D



# Brace Declaration
# Exhibit E

**Councilwoman Debra Stark**

## Intro

I am proud to serve as the Phoenix City Councilwoman for Council District 3.

**Page** · Government Official

(602) 262-7441

council.district.3@phoenix.gov

phxdistrict3

forms.office.com/g/rsgLZURnF9

phoenix.gov/district3

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More

**Councilwoman Debra Stark**
June 10 ·

Summer is here join Norton Vista!

June 20th they are having a blowout Sunnyslope Summer Celebration cookout and chill out.

Great food, games, tons of prizes, and Cars (the movie).

Best of all - it's all FREE! So don't forget your lawn chairs and blankets for the movie! **See less**




6

1

Like

Comment

Brace Declaration
Exhibit F

**Norton Vista Neighborhood Association**
June 16 · ♫ Life Is A Highway (2008 Remaster) · Rascal Flatts ·

Let's make this Father's Day Weekend one for the record books!! Bring the family out to see some cool cars, play fun games, enjoy tasty food and treats, and cap it all off with a movie under the stars ✨🏎️✨ You don't even have to tell Dad that the whole thing was FREE!!

June 20th 6pm (movie at 8pm)
Norton Park 1224 E Hatcher Rd.

We are having our blowout Sunnyslope Summer Celebration cookout and chill out. We'll have great food, games, tons of prizes, and Cars (the movie). And we'll also have Cars, as in...a CAR SHOW!!! We'll have all kinds of cool and classic cars to view. Vintage AMX, Chevelles, foreign rides and some custom whips to round it out.

Best of all - it's all FREE! 😲Don't tell anyone😂. Kidding. TELL EVERYONE📢. This is going to be loads of fun!🎉

Don't forget your lawn chairs and blankets for the movie!

#phoenix #thingstodo #fathersday #sunnyslope #neighborhood See less




3 3

Brace Declaration
Exhibit G

Norton Vista Neighborhood Association

**Intro**

Norton Vista N.A. is a Sunnyslope, Arizona neighborhood organizations. Our neighborhood boundaries are Mountain View Road to Dunlap Road, Cave Creek to 14th Street.

**Page** · Community Organization

Phoenix, AZ, United States, Arizona

nortonvista85020@gmail.com

Always open

Not yet rated (1 review)

**Photos** See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More

**Norton Vista Neighborhood Association** is at **Norton Park**.
July 1 · Phoenix, AZ · Summer Vibes · Past Day

Some quick photos of our car show last month. Thanks to all the cars and Cars for being the stars of the show🥰.




5

Like Comment

**Norton Vista Neighborhood Association**
June 16 · Life Is A Highway (2008 Remaster) · Rascal Flatts

Let's make this Father's Day Weekend one for the record books!! Bring the family out to see some cool cars, play fun games, enjoy tasty food and treats, and cap it all ... **See more**






NORTON VISTA
NEIGHBORHOOD
FOLLOW US ON:

