PROVIDENT LAW

# Exhibit 6

EXHIBIT 7

EXHIBIT
7-Whitfield
exhibitsticker.com

**From**: Brandie I Barrett [brandie.barrett@phoenix.gov]
**Sent**: 5/27/2026 10:25:07 AM
**To**: Danielle Poveromo [danielle.poveromo@phoenix.gov]; Bob Berlin [bob.berlin@phoenix.gov]; Cynthia Peiz [cynthia.peiz@phoenix.gov]; Jana Krcek [jana.krcek@phoenix.gov]; Joe Diaz [joe.diaz@phoenix.gov]; Teleia Galaviz [teleia.galaviz@phoenix.gov]; Tony Salinas [tony.salinas@phoenix.gov]; Cynthia Peiz [cynthia.peiz@phoenix.gov]; Jana Krcek [jana.krcek@phoenix.gov]
**CC**: Todd J Shackelford [todd.shackelford@phoenix.gov]; Martin Whitfield [martin.whitfield@phoenix.gov]
**Subject**: FW: Danielle Poveromo shared "Fall Open & Application -Step 1 050726" with you
**Attachments**: Final Fillable Fall 2026 Application -Step 1 052626.pdf; Final Fillable Summer Open Application Revised-Step 1 052626.pdf

**Importance**: High

Danielle,

Would you be able to enter in the hard closure dates into the appropriate spot on these? Not the soft closure dates – just the hard closures where permits will not be granted.

Also – heads up - there is also one other item that we are waiting for further instruction from CMO that we need to resolve before this can be finalized & uploaded to the web.

Thank you!
Brandie

**Brandie I. Barrett**
*Assistant Director*
City of Phoenix Parks and Recreation Department
(602) 534-1870 office
(623) 432-8241 cell
brandie.barrett@phoenix.gov

---

**From:** Danielle Poveromo <danielle.poveromo@phoenix.gov>
**Sent:** Wednesday, May 27, 2026 9:10 AM
**To:** Brandie I Barrett <brandie.barrett@phoenix.gov>; Bob Berlin <bob.berlin@phoenix.gov>; Cynthia Peiz <cynthia.peiz@phoenix.gov>; Jana Krcek <jana.krcek@phoenix.gov>; Joe Diaz <joe.diaz@phoenix.gov>; Teleia Galaviz <teleia.galaviz@phoenix.gov>; Tony Salinas <tony.salinas@phoenix.gov>; Cynthia Peiz <cynthia.peiz@phoenix.gov>; Jana Krcek <jana.krcek@phoenix.gov>
**Cc:** Todd J Shackelford <todd.shackelford@phoenix.gov>; Martin Whitfield <martin.whitfield@phoenix.gov>
**Subject:** RE: Danielle Poveromo shared "Fall Open & Application -Step 1 050726" with you

Good morning,
Here are the updated Applications for Summer and Fall. Both have been saved in the shared drive too.

Teleia,
Would you please add the Fall 2026 application to the website by the end of the week.

Thank you,
**Danielle A. Poveromo, Deputy Director**
City of Phoenix Parks and Recreation

Northeast Division
Office: 602-495-5186

Many Hands, Many Minds, One Team

**From:** Brandie I Barrett <brandie.barrett@phoenix.gov>
**Sent:** Tuesday, May 26, 2026 3:51 PM
**To:** Danielle Poveromo <danielle.poveromo@phoenix.gov>; Bob Berlin <bob.berlin@phoenix.gov>; Cynthia Peiz <cynthia.peiz@phoenix.gov>; Jana Krcek <jana.krcek@phoenix.gov>; Joe Diaz <joe.diaz@phoenix.gov>; Teleia Galaviz <teleia.galaviz@phoenix.gov>; Tony Salinas <tony.salinas@phoenix.gov>; Cynthia Peiz <cynthia.peiz@phoenix.gov>; Jana Krcek <jana.krcek@phoenix.gov>
**Cc:** Todd J Shackelford <todd.shackelford@phoenix.gov>; Martin Whitfield <martin.whitfield@phoenix.gov>
**Subject:** RE: Danielle Poveromo shared "Fall Open & Application -Step 1 050726" with you

Team,

Todd and I clarified with Marty – we need to remove reference to Food Distribution events being limited to taking place in parking lots.

When permits for Food Distribution are approved, Cindy will work with the geographic divisions to appropriately stipulate a location for the food distribution event in the park as part of the permit.

The current (summer) allocation period application needs to be updated and uploaded to the website.

The Fall allocation application will also need to be revised accordingly.

Todd -please chime in if I forgot to include anything.

Thank you team!
Brandie

**Brandie I. Barrett**
*Assistant Director*
City of Phoenix Parks and Recreation Department
(602) 534-1870 office
(623) 432-8241 cell
brandie.barrett@phoenix.gov

**From:** Danielle Poveromo <danielle.poveromo@phoenix.gov>
**Sent:** Tuesday, May 26, 2026 3:19 PM
**To:** Bob Berlin <bob.berlin@phoenix.gov>; Brandie I Barrett <brandie.barrett@phoenix.gov>; Cynthia Peiz <cynthia.peiz@phoenix.gov>; Jana Krcek <jana.krcek@phoenix.gov>; Joe Diaz <joe.diaz@phoenix.gov>; Teleia Galaviz <teleia.galaviz@phoenix.gov>; Todd J Shackelford <todd.shackelford@phoenix.gov>; Tony Salinas <tony.salinas@phoenix.gov>
**Subject:** Danielle Poveromo shared "Fall Open & Application -Step 1 050726" with you

**Danielle Poveromo invited you to edit a file**

Hi all, the Fall 2026 Allocation letter and application is ready for final review. Please provide any comments/suggestions by Thursday, May 28. This follows the Summer, but a second set of eyes helps!
Thank you!

Fall Open & Application -Step 1 050726

This invite will only work for you and people with existing access.

Open Share

City of Phoenix
This email is generated through City of Phoenix's use of Microsoft 365 and may contain content that is controlled by City of Phoenix.