PROVIDENT LAW

# Exhibit 7

**From:** Martin Whitfield [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BDB12EAD5991438BBDA9EBF200C81690-MARTIN WHIT]
**Sent:** 6/1/2026 3:13:07 PM
**CC:** Tannia M Ruiz [tannia.ruiz@phoenix.gov]
**Subject:** RE: Parks Services Briefing Sheet

EXHIBIT
11-Whitfield
exhibitsticker.com

LOL. . . I didn't copy her. MW

Marty Whitfield
*Interim Parks and Recreation Director*
**City of Phoenix Parks and Recreation Department**
(602) 262-4986 office
(623) 297-0921 cell
Email: martin.whitfield@phoenix.gov

---

**From:** Martin Whitfield <martin.whitfield@phoenix.gov>
**Sent:** Monday, June 1, 2026 3:13 PM
**To:** Martin Whitfield <martin.whitfield@phoenix.gov>
**Cc:** Tannia M Ruiz <tannia.ruiz@phoenix.gov>
**Subject:** RE: Parks Services Briefing Sheet

Hi Cynthia,

Another draft for the 11th and 12th floor. MW

Here is a status of the initial Parks Services Permit application process the summer 2026 allocation period opened on May 7 and closed on May 22, 2026. Parks Services Permits events will officially begin on June 7, 2026. The next application period opened on June 1, 2026 for fall 2026 allocations.
- The Parks Department received 22 Parks Services Permit Applications
- The Parks Department will issue 20 Parks Services Permits
  - All Parks Services Permit Applications are for Food Distribution
  - Two applications were denied for July 4, 2026 due to Parks blackout date
- The Office of Homeless Solutions will provide outreach efforts at Parks Services Events
- Here is the website where information on Parks Services Permits and Parks Special Activity Requests can be found XXXXXXXXXXXXXX.

<u>Approved Organizations and Dates</u>

Billy's Way Home
- Cave Creek Sweetwater
  - June 13, July 11, and August 8 (6pm-9pm)
- Cave Creek Larkspur
  - June 20, July 18, and August 15 (6pm-9pm)
- Cave Creek Cactus
  - August 22 (6pm-9pm)

Reclaimed Lives Inc.
- Cave Creek Sweetwater
  - June 20, July 18, and August 1 (12:30pm-3:30pm)
- Cave Creek Larkspur

- August 22 (12:30pm-3:30pm)

Love Our City Outreach

- University Park
  - June 20 and July 18 (10:30am-1:30pm)

Somburros

- Margaret T. Hance
  - July 8, July 22, August 5, and August 19 (5pm-7pm)

Valle Del Sol

- Coronado Park
  - June 19 (12:30pm-3pm)
- Los Olivos Park
  - July 10 (9:30am-12:30pm)
- Cielito Park
  - July 31 (12:30pm-3pm)

Marty Whitfield
*Interim Parks and Recreation Director*
**City of Phoenix Parks and Recreation Department**
(602) 262-4986 office
(623) 297-0921 cell
Email: martin.whitfield@phoenix.gov

---

**From:** Martin Whitfield
**Sent:** Monday, June 1, 2026 11:03 AM
**To:** Cynthia Aguilar <cynthia.aguilar@phoenix.gov>
**Subject:** FW: Parks Services Briefing Sheet

Hi Cynthia,

Here is the draft briefing sheet we discussed in our last 1:1. MW

Marty Whitfield
*Interim Parks and Recreation Director*
**City of Phoenix Parks and Recreation Department**
(602) 262-4986 office
(623) 297-0921 cell
Email: martin.whitfield@phoenix.gov

---

**From:** Tannia M Ruiz <tannia.ruiz@phoenix.gov>
**Sent:** Monday, June 1, 2026 10:36 AM
**To:** Martin Whitfield <martin.whitfield@phoenix.gov>
**Cc:** Cynthia Peiz <cynthia.peiz@phoenix.gov>
**Subject:** Parks Services Briefing Sheet

Hi Marty,
Attached is the briefing sheet for your review.

**Tannia M. Ruiz**
Management Assistant II

Director's Office
602-262-4994
City of Phoenix | Parks and Recreation Department

City of Phoenix
PARKS AND RECREATION DEPARTMENT
Building healthy communities through parks, programs, and partnerships