PROVIDENT LAW

# Exhibit 8

EXHIBIT

14-Whitfield

exhibitsticker.com

EXHIBIT 14

**City of Phoenix**
Parks and Recreation Department
*Building healthy communities through parks, programs, and partnerships.*

July 14, 2026

Tiara Howell
Divas of Da Desert SC LLC
4045 W Bell Rd APT 2054 Phoenix, AZ 85053
divasofdadesert@gmail.com
480-823-3635

**City of Phoenix Parks Services Permit**

Dear Divas of Da Desert Team,

Attached you will find the approved Parks Services Permit dates for your upcoming events. Please note that official permits will be issued 72 hours prior to each Parks Services Event.

Your approved locations, dates, and times are as follows:

**Mountain View Community Center Park**

- July 25

**Time:** 11:00 AM – 4:00 PM

To prepare for your upcoming approved Parks Services Events, please ensure the following:

• Review the attached approved dates to confirm accuracy, including park locations and event times.

• Please confirm acceptance of your Parks Services Events atpks.servicespermit@phoenix.gov. If acceptance is not received your allocation may be cancelled and reassigned.

• To finalize your Parks Services Permit, please submit all required documentation no later than one week prior to each event:

- Certificate of Insurance
- Food Handler's Certificate (for Food Distribution permits)

- Medical licensure for providing medical services (for Medical Treatment permits)
- Signed Acknowledgement Form – Food Distribution/Medical Treatment

• If you no longer require any of the approved dates, please notify us at pks.servicespermit@phoenix.gov or (602) 262-6864.

• For questions or additional assistance, please contact us at pks.servicespermit@phoenix.gov or (602) 262-6864.

Sincerely,

Martin Whitfield (Jul 14, 2026 10:31:07 PDT)

Martin Whitfield
City of Phoenix Parks Director