PROVIDENT LAW

# Exhibit 9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

St. Herman's Table, an Arizona nonprofit corporation; and,
Lance Brace,

Plaintiffs,

v. Case No. 2:26-cv-03882

City of Phoenix,

Defendant.

**DECLARATION OF ANN-MARIE WHITE RENÉ**

A. White René, hereby declares as follows:

1. My name is Ann-Marie White René. I am over the age of eighteen. I am an attorney in good standing with the Virginia State Bar.
2. My Virginia Bar License Number is 91166.
3. I am employed by the Christian Legal Society, Center for Law & Religious Freedom.
4. I have been retained to represent the Plaintiffs, Lance Brace and St. Herman's Table, in this action.
5. I submit this declaration in support of the Plaintiffs' Motion for Judgment and for Permanent Injunctive and Declaratory Relief.
6. I hereby certify that the documents attached to this Declaration as Exhibits 1, 2, 3, 4, 5, and 6 are true and accurate copies of the documents that were produced by the City of Phoenix in discovery in this case.
7. Exhibit No. 2 was Bates stamped by the City, as can be seen in the bottom right-hand corner, as "COP001044" through "COP001045".

8. Exhibit No. 3 was Bates stamped by the City, as can be seen in the bottom right-hand corner, as “COP003932” through “COP003934”.
9. Exhibit No. 4 was Bates stamped by the City, as can be seen in the bottom right-hand corner, as “COP003983”.
10. Exhibit No. 5 was Bates stamped by the City, as can be seen in the bottom right-hand corner, as “COP003984”.
11. Exhibit No. 6 was Bates stamped by the City, as can be seen in the bottom right-hand corner, as “COP003985”.
12. However, Exhibit No. 1 attached to this Declaration was produced in its native format as an Excel Spreadsheet by the City. Excel Spreadsheets are unable to be filed with the Court on PACER. I therefore converted part of the first “tab” of the spreadsheet into a PDF for filing on PACER by “screenshotting” the “tab” as that information is the relevant information to the Plaintiffs’ Motion. I did not change any of the contents of the spreadsheet when I created the PDF. I will send the spreadsheet in its native format to the Court via electronic mail and will carbon copy counsel for the City on that communication after filing of the Plaintiffs’ Motion for Judgment and for Permanent Injunctive and Declaratory Relief. I will also send a USB-drive of the spreadsheet in its native format to the Court with a copy of the Plaintiffs’ Motion and other evidence submitted on this day. The spreadsheet was Bates stamped by the City as “COP002209”.

13. I also further certify that the documents attached as Exhibits 3, 7, 11, and 14 to Director Whitfield's Deposition that have also been filed with the Court in this case are true and accurate copies of the documents that were produced in discovery by the City. These documents were all Bates stamped by the City, as seen in the bottom right-hand corner of the documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/8/2026.

Ann-Marie Rene

Ann-Marie White René

# René Declaration
# Exhibit 1

| Allocation Period | Date received | Organization Name | Main Point of Contact | Contact E-mail | Date Requested | Time Slot | Park Location #1 | Park Location #2 | Park Location #3 |
|---|---|---|---|---|---|---|---|---|---|
| Summer 26 | 5/11/26 | Billy's Way Home | Brandy Chard | billyswayhome@gmail.com | 6/6, 6/13, 6/20, 7/4, 7/11, 7/18, 8/8, 8/15, 8/22 | 6PM - 9PM | Cave Creek Park- Sweetwater | Cave Creek Park- Larkspur | Cave Creek Park - Cactus |
| Summer 26 | 5/16/26 | Reclamied Lives Inc | Aimee Holje | reclaimedlives@outlook.com | 6/20, 7/18, 8/1, 8/22 | 12:30PM - 3:30PM | Cave Creek Park- Sweetwater | Cave Creek Park- Larkspur | |
| Summer 26 | 5/18/26 | Love Our City Outreach | Jonathan Brockus | loveourcityoutreach@gmail.com | 6/6, 6/20, 7/4, 7/18 | 10:30AM - 1:30PM | University Park | | |
| Summer 26 | 5/22/2026 | Someburros | Amy Vasquez | avasquez@someburros.com | 7/8, 7/22, 8/5, 8/19 | 5PM - 7PM | Margaret T. Hance Park | Los Olivos Park | Madison Park |
| Summer 26 | 5/26/2026 | Valle Del Sol Inc. | Rachel Valenzuela | rachelv@valledelsol.com | 6/5, 6/19, 7/10, 7/31 | 9:30AM - 12:30PM, 1 | Encanto Park | Coronado Park | Los Olivos Park |
| Summer 26 | 6/10/26 | Valle Del Sol Inc. | Rachel Valenzuela | rachelv@valledelsol.com | 6/26, 7/17, 7/24, 8/7 | 9AM -12PM | Encanto Park | Solano Park | Madison Park |

René Declaration
Exhibit 2

**From**: Brandie I Barrett [brandie.barrett@phoenix.gov]
**Sent**: 7/20/2026 10:40:24 AM
**To**: Martin Whitfield [martin.whitfield@phoenix.gov]
**Subject**: FW: Food distribution without a permit at cortez park
**Attachments**: Johnson.cortez.jpg; IMG_0681.jpeg

FYI

**Brandie I. Barrett**
*Assistant Director*
City of Phoenix Parks and Recreation Department
(602) 534-1870 office
(623) 432-8241 cell
brandie.barrett@phoenix.gov

---

**From:** Stephanie J Sherwood <stephanie.sherwood@phoenix.gov>
**Sent:** Monday, July 20, 2026 10:38 AM
**To:** Cynthia Peiz <cynthia.peiz@phoenix.gov>
**Cc:** Jarod Rogers <jarod.rogers@phoenix.gov>; Brandie I Barrett <brandie.barrett@phoenix.gov>
**Subject:** FW: Food distribution without a permit at cortez park

Good morning, Cindy,

Anthony Johnson was contacted by park rangers on Friday evening, distributing food. Can you please have a Letter of Violation sent to him?

Thank you,

*Stephanie Sherwood*
*Parks Supervisor*
*Natural Resources Division - Urban*
*City of Phoenix Parks and Recreation Department*
*(602) 262-6599*

Many Hands, Many Minds, One Team

---

**From:** Obed F Felix <obed.felix@phoenix.gov>
**Sent:** Friday, July 17, 2026 9:20 PM
**To:** Stephanie J Sherwood <stephanie.sherwood@phoenix.gov>
**Subject:** Food distribution without a permit at cortez park

On 07/17/26 at 7:00pm, I, Ranger Obed Felix while on patrol of Cortez Park when I observed a group of 3 individuals on the south parking lot near the Walgreens handing out food to people in the park. I approached group announcing myself as Park Rangers. The individual in charge Anthony Johnson was very compliant as Ranger explained code of conduct and the process of acquiring a permit for food distribution in the park. Code of conduct was explained to group who was very receptive and compliant. Group was advised of the documented warning and

stated they would be getting a permit for next time. There were no safety concerns. Text chain was created and managers/ supervisors notified.

Group contact was,
Anthony Johnson
480-749-1997
New Beginning worship center
Feedtheneedy24@gmail.com

# Permit

René Declaration
Exhibit 3

City of Phoenix
PARKS AND RECREATION DEPARTMENT

City of Phoenix
Parks and Recreation
Department
200 W Washington St, 16th FL
Phoenix, AZ 85003

PHONE:(602) 262-6862
FAX:(602) 732-2337
EMAIL:receptionist.pks@phoenix.gov

**Permit #** **R144629**
**Status** Approved
**Date of Issue** Jul 22, 2026 4:36 PM

| | | | |
|---|---|---|---|
| **Organization Name** | Divas of Da Desert Social Club - 13704 | **Organization Phone 1 Number** | (773) 440-2295 |
| **Customer Type** | Customer | | |
| **Organization Address** | 2650 W Union Hills Dr<br>248<br>Phoenix, AZ 85027 | | |
| **Agent Name** | Tiara Howell | **Work Phone Number** | (480) 823-3635 |
| | | **Primary Phone Number** | (773) 440-2295 |
| | | **Email Address** | howell_tiara@yahoo.com |
| **System User** | jkrcek | | |

| | |
|---|---|
| Rental Fee | $0.00 |
| Discounts | $0.00 |
| Subtotal | $0.00 |
| Deposits | $0.00 |
| Deposit Discounts | $0.00 |
| Total Permit Fee | $0.00 |
| Total Payment | $0.00 |
| Refunds | $0.00 |
| Balance | $0.00 |

## Divas of Da Desert Social Club - Food Distribution Event

**1** resource(s) **1** booking(s) **Subtotal: $0.00**

**Event Notes:**
Your Food Distribution Service request has been approved with the requirements and stipulations noted below. Please ensure your event adheres to the Stipulations of Use, City ordinances, policies, rules and regulations, and Code of Conduct.

Stipulations of Use:
1) This is a nonexclusive use permit which means the approved park area is first come first served; service event approval does not guarantee availability of park areas.
2) The individual identified on the permit must be on-site at all times during the event, and will be responsible for ensuring participants, and anyone associated with the event is aware of and adheres to all requirements and guidelines.
3) Event must remain in the area approved.
4) All event permits must be available upon request at the event.
5) All events must be posted with signage identifying the services provider(s).
6) Event signs may not be staked in the ground or taped to Parks signs or structures.
7) All waste produced by the permitted services must be removed from the park site by the service organization/organizer.
8) Event must adhere to the event hours noted on the permit (this includes set-up and clean-up).
9) Your event/activities cannot block or inhibit park users or open use amenities in the park.
10) The service permit may be revoked for failure to comply with the ordinance or any conditions or stipulations of use in the permit.
11) Food trucks are NOT permitted in the park; however, they can park on an adjacent city street in a legal parking zone.

--------------
Northeast Division – Site Contact: Danielle Poveromo 602-262-6696

### Booking Summary

**MVCP Park (Food Distribution Services)** — **Center: Mountain View Community Center Park**

| START DATE/TIME | END DATE/TIME | ATTENDEE | AMT W/O TAX |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Sat, Jul 25, 2026 10:00 AM | Sat, Jul 25, 2026 4:00 PM | 100 | $0.00 |
| Setup | Cleanup | | |
| 10:00 AM - 10:30 AM | 3:30 PM - 4:00 PM | | |

## Waivers and Information

| WAIVER NAME | DUE DATE | FOR | SIGNING STATUS |
|---|---|---|---|
| Release of Liability | Jul 25, 2026 | Tiara Howell | Waiver Signed by: Tiara Howell on Jul 22, 2026 |

In exchange for me or my child being allowed to participate in the City of Phoenix Parks and Recreation activities, programs or leisure, I hereby for myself, my child, my heirs and assigns, agree to waive, release and forever discharge any and all claims, rights and causes of action against the City of Phoenix, its officers, officials, employees, agents and volunteers (the City), for injury or damage caused or alleged to be caused in whole or in part by the negligence of the City. I understand that this means that I will not make any claims against or sue the City of Phoenix, its agents or employees, for injuries or damage sustained by me or my child. I recognize that this means I will not recover any money from the City of Phoenix, its agents or employees, for injuries or damage sustained by me or my child.

I recognize that the negligence of the City of Phoenix may include, but is not limited to, acts or failure to act regarding facilities and equipment maintenance, field design, construction, instructions of City personnel, interpretation and enforcement of rules, provision of medical or emergency medical assistance, inattention, and supervision of participants and their surrounding environment.

I recognize that injuries and damage may be caused by any of the following: falling; tripping; being pushed; running; sliding; exposure to bodily fluids, infection or disease; bodily reactions to insect or animal bites, food or materials used in the activity; striking or being struck by another individual; equipment used in the activity; a condition of the land or building where the activity is located; drowning; criminal acts of known or unknown persons; an error in administering first aid; or by a motor vehicle accident; and other similar acts, incidents or conditions.

The type of injuries may range from minor injuries and fractures to paralysis, brain damage and death.

I understand and expressly agree that this waiver and release of all claims is intended to be as broad and inclusive as permitted by the laws of Arizona. If any portion of this waiver is held invalid, I agree that the remainder shall continue in full force and effect.

Also, and in addition to the above waiver and release, I understand and voluntarily assume all risks associated with my child's or my own participation in this activity. I (or my child) am physically capable of participating in this activity. I (or my child) have the necessary degree of skill, training, experience or ability to participate at the level I choose. I do not expect the City to coach, manage, instruct or train me (or my child). I understand that the City does not carry insurance to cover participants, and that there would be an increase in the activity fee if the City were to provide insurance.

I do hereby grant and give these groups the right to use my or my child(s) photograph or image with or without my or my child's name, both singly and in conjunction with other persons or objects and presentations, advertising, publicity, and promotion relating thereto.

**Signature** ______________________

The signed has read and on behalf of the Client agrees to be bound by this Permit and the Terms and Conditions contained herein and attached hereto, and hereby warrants and represents that he/she executes this Permit on behalf of the Client and has sufficient power, authority and capacity to bind the Client with his/her signature.

Permit Revocable at Will: This revocable permit is subject to revocation at any time in the discretion of the City Council or by the City Manager or his designee. Such discretion shall be controlled solely by consideration of the best interests of the City of Phoenix; which may include but are not limited to violation or breach of any federal, state or City of Phoenix law, ordinance, code, rule, regulation, court decree or any condition of this permit. For a complete list of Park Regulations, please visit: http://www.codepublishing.com/az/phoenix/html/Phoenix24/Phoenix24.html.

Applicant is responsible for following all park regulations. Violations of these regulations may jeopardize this Special Use Permit and /or future requests. Fees are subject to change based on City Council and/or Parks and Recreation Board action. Disorderly Conduct: The Phoenix Parks and Recreation Department reserves the right to eject or cause to be ejected any person or persons considered by staff to be disorderly. Disorderly conduct includes, but is not limited to, conduct committed with the intent to disturb the peace or quiet of a neighborhood, family or person by engaging in fighting or seriously disruptive behavior; or by making unreasonable noise; or by using abusive or offensive language with the likely result of provoking physical retaliation. For the Policy on Codes of Conduct, please visit http://phoenix.gov/parks/parks/rules/codeconduct.html.

*Emergency after business hours issues ON DAY OF THE ACTIVITY Contact:
(DTD) Downtown Division (602)261-8443, (NED)Northeast Division Parks (602)262-6696, (NWD) Northwest Division Parks (602)262-6575, (NRD) Mountain Preserves (602)495-5458, (SD) South Division Parks (602)262-6111, (SOD) Special Operations (602)261-8011.

René Declaration
Exhibit 4

8:57 91

AS

2 People

iMessage
Encrypted

Sun, Jun 7 at 11:06 AM

Good Morning, I normally wouldn't bother you but since today is the 1st day of the Parks Ordinance I am sharing this.

Text 1 of 3 from Jarod.

Good Morning. Feeding ever happening at Townsend. As of right now approx 30 individuals. Rangers are there. They will be doing a documented warning and following established process of education. Park Ranger Supervisor will update us as more information comes available

iMessage

Text 2 of 3

René Declaration
Exhibit 5

8:57 91

2 People

ever happening at Townsend. As of right now approx 30 i[illegible]duals. Rangers [illegible] They will be doing a documented warning and following established process of education. Park Ranger Supervisor will update us as more information comes available.

Text 2 of 3

It's a group that has been doing this for years at Townsend:

35 people
Minister Roderick
Legacy Christian Center
1050 E baseline is his location

Text 3 of 3

35 people
Minister Roderick
Legacy Christian Center
1050 E baseline is his loca
tion

iMessage

René Declaration
Exhibit 6

Text 3 of 3

8:58 90

2 People

35 people
Minister R
Legacy Christian Center
1050 E baseline is his location
Park Ranger Supervisor Ray
Park Rangers arrived at 09:24am to look into two patrons fighting when they arrived they noticed an event was going on. Legacy christen Center was handing out food and clothing and they were singing and preaching. No drug paraphernalia and all trash was being picked up. Rangers told them they need a permit for future events and since there is not a parking lot at this location they probably would not be approved for Townsend park in the future.

They packed up and left without incident.

iMessage