PROVIDENT LAW

# Exhibit 10

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

St. Herman's Table, an Arizona nonprofit corporation; and,
Lance Brace,

Plaintiffs,

v. Case No. 2:26-cv-03882-KML

City of Phoenix,

Defendant.

**DECLARATION OF BRANDY CHARD**

B. Chard hereby declares as follows:

1. My name is Brandy Chard. I am a resident of Arizona. I am over the age of eighteen, and I live in the City of Phoenix.
2. I am the founder of "Billy's Way Home."
3. Billy's Way Home was founded in memory of my step-son, Billy, and the belief that no one should face hardship alone. Billy's legacy inspires my commitment to serving those experiencing homelessness with dignity, compassion, and hope for a brighter future.
4. Billy struggled with addiction and homelessness for many years. In April 2021, Billy passed away just four days after being released from jail without receiving the medical care he desperately needed for a leg wound that he had for months. His death became a painful reminder of the challenges many vulnerable individuals face when they fall through the gaps in systems meant to support them. What began as a desire to honor one life has grown into a commitment to helping others find safety, stability, and a sense of belonging.

5. Billy's Way Home provides meals and support to the homeless community in Phoenix. One way in which we do this is by providing a weekly meal to the homeless community every Saturday at a City park.

6. Billy's Way Home shows up every week, consistently and without conditions, to build real relationships with people living unsheltered. That consistency builds trust. And trust is what makes everything else possible, accepting services, entering shelter, moving toward housing, and beginning recovery.

7. Billy's Way Home generally provides its weekly Saturday meal to the homeless at Cave Creek Park, in one of three of its locations: Sweetwater, Larkspur, or Cactus.

8. For the first couple of years that Billy's Way Home provided meals to the homeless, we did not have any permit for our events. Our events gained traction due to the need for support, however, and we began serving over fifty (50) people per event.

9. One evening during one of our food distribution events, a City employee approached us and told us that because we had more than 50 people at our event, we were required to get a permit. I therefore regularly began seeking a "Special Activity" Permit for Billy's Way Home's food distribution events. The application that I routinely completed for this permit can be found here: https://www.phoenix.gov/administration/departments/parks/rentals-permits/special-activity-request.html.

10. Since we began serving our homeless friends in Phoenix's parks, Billy's Way Home has always cleaned up after its events. Billy's Way Home does not leave trash or litter behind. In fact, I have been told by a Parks and Recreation employee on at least one

occasion that the park looked better after one of our events than it did prior to it. Billy's Way Home has never been cited under any of the City's trash or litter ordinances.

11. Now, however, it is my understanding that I am no longer required to get a Special Activity Permit for Billy's Way Home events; I understand that I am instead required to get a Parks Services Permit. I have done so to date.

12. Both applying for a Parks Services Permit and complying with its various rules is much more difficult than applying for and receiving a Special Activity Permit. For example, I did not have to compete with other food distribution or medical organizations for specific park(s) when I applied for Special Activity Permit(s) and I was not limited to only two hours for our food distribution events under that permit. Further, under the Parks Services Permit, Billy's Way Home is required to undergo both a pre-inspection and post-inspection review at the park under the Parks Services Permit. During these inspections, a Parks and Recreation Department employee surveys the area around the food distribution event and notes what he perceives before and after the events.

13. Moreoever, Parks Services Permits are issued for only two hours; that is, the permit lists "7:00 PM" to "9:00 PM" or "6:30 PM" to "8:30 PM" as the time during which Billy's Way Home can conduct its food distribution event; Billy's Way home is also given 30 minutes before and after the event to set-up and clean-up but this is not reflected on the Parks Services Permit. During this set-up and clean-up time, Billy's Way Home is prohibited from distributing any food. Attached as Exhibit A to this Declaration is a copy of one of the Parks Services Permit that Billy's Way Home received for one of its food distribution events. Attached as Exhibit B to this Declaration

is a picture that I took of one of the letters that I received from the Parks and Recreation Department confirming Billy's Way Home permits for certain dates. The letter explains that Billy's Way Home is allotted three hours for its event, however this includes the 30 minutes of set-up and 30 minutes of clean-up time during which we cannot distribute food. It is my understanding that Billy's Way Home can only receive a Parks Services Permit for a maximum of three hours, and that it can only distribute food for two of those three hours.

14. However, on one occasion, Billy's Way Home volunteers showed up at a park a bit early. The letter that we received from the City said our event could be held from 6:00-9:00 pm, with our food distribution permit stating we could distribute food from 6:30-8:30 pm. Billy's Way Home's volunteers arrived at approximately 5:40. I was not there yet but when I arrived, a Parks and Recreation official told me that the volunteers had arrived at 5:40, had started setting up, and that that was not allowed. He said we were not allowed to start setting up until 6:00 p.m.

15. As I stated, Billy's Way Home sometimes hosts its food distribution events at Cave Creek Park at Cactus. For an unknown reason, for the last several months, the dumpster at Cave Creek Park at Cactus has been missing. Therefore, after Billy's Way Home's food distribution events, we must bag up and take our trash out of the park. It would obviously be much more convenient if we, and other park users, had access to a dumpster to dispose of any trash and litter.

16. There was one occasion when a Billy's Way Home food distribution event was held in a park around the time as a child's birthday party. After the birthday party ended,

attendees left the party, and I was surprised to see that they had left behind a considerable amount of trash. Billy's Way Home's volunteers therefore cleaned up the birthday party's trash along with its own.

17. Billy's Way Home also does not just serve the homeless. We have served low-income families at our food distribution events as well.

18. I have formed significant relationships with many of the homeless individuals who I have met through Billy's Way Home. I consider these individuals not just friends, but family. In fact, several of Billy's Way Home attendees call me "Mom".

19. I understand that people and organizations who host events with food for friends and family are not required to get a Parks Services Permit. It is unclear to me how exactly the Parks and Recreation Department determines whether an event is held for friends and family. As far as I am aware, there is no written criteria for how the Parks and Recreation Department determines whether an event is for friends and/or family. As I stated, I consider all of Billy's Way Home attendees as friends and family.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/5/26

Brandy Chard

Brandy Chard

# Permit

City of Phoenix
PARKS AND RECREATION DEPARTMENT

City of Phoenix
Parks and Recreation Department
200 W Washington St, 16th FL
Phoenix, AZ 85003

PHONE:(602) 262-6862
FAX:(602) 732-2337
EMAIL:receptionist.pks@phoenix.gov

**Permit #** **R143762**
**Status** Approved
**Date of Issue** Jun 10, 2026 1:18 PM

| | | | |
|---|---|---|---|
| **Organization Name** | Billy's Way Home - 13782 | **Organization Phone 1 Number** | (480) 930-1096 |
| **Customer Type** | Customer | | |
| **Organization Address** | 7127 W Sharri Jean Ln<br>Peoria, AZ 85382 | | |
| **Agent Name** | Brandy Chard | **Primary Phone Number** | (602) 628-0674 |
| | | **Email Address** | billyswayhome@gmail.com |
| **System User** | bberlin | | |

| | |
|---|---|
| Rental Fee | $0.00 |
| Discounts | $0.00 |
| Subtotal | $0.00 |
| Deposits | $0.00 |
| Deposit Discounts | $0.00 |
| Total Permit Fee | $0.00 |
| Total Payment | $0.00 |
| Refunds | $0.00 |
| Balance | $0.00 |

## Food Distribution Service Permit – Billy's Way

**1** resource(s) **1** booking(s) **Subtotal: $0.00**

**Event Notes:**
Your Food Distribution Service request has been approved with the requirements and stipulations noted below. Please ensure your event adheres to the Stipulations of Use, City ordinances, policies, rules and regulations, and Code of Conduct. Carefully review the attached documents (Permit, Event Map, Medical Treatment / Food Distribution Services Guidelines, Park Guidelines, and Code of Conduct).

Stipulations of Use:
1) This is a nonexclusive use permit which means the approved park area is first come first served; service event approval does not guarantee availability of park areas.
2) The individual identified on the permit must be on-site at all times during the event, and will be responsible for ensuring participants, and anyone associated with the event is aware of and adheres to all requirements and guidelines.
3) Event must remain in the area approved.
4) All event permits must be available upon request at the event.
5) All events must be posted with signage identifying the services provider(s).
6) Event signs may not be staked in the ground or taped to Parks signs or structures.
7) All waste produced by the permitted services must be removed from the park site by the service organization/organizer.
8) Event must adhere to the event hours noted on the permit (this includes set-up and clean-up).
9) Your event/activities cannot block or inhibit park users or open use amenities in the park.
10) The service permit may be revoked for failure to comply with the ordinance or any conditions or stipulations of use in the permit.
11) Food trucks are NOT permitted in the park; however, they can park on an adjacent city street in a legal parking zone.

Northwest Division – Site Contact: William Adams 602-262-6575
---------

### Booking Summary

**CCSW Park (Food Distribution Services)** — **Center: Cave Creek Recreation Area @ Sweetwater**

| START DATE/TIME | END DATE/TIME | ATTENDEE | AMT W/O TAX |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Sat, Jun 13, 2026 6:30 PM | Sat, Jun 13, 2026 8:30 PM | 200 | $0.00 |

## Waivers and Information

| WAIVER NAME | DUE DATE | FOR | SIGNING STATUS |
|---|---|---|---|
| Release of Liability | Jun 13, 2026 | Brandy Chard | Waiver Signed by: Brandy Chard on Jun 10, 2026 |

In exchange for me or my child being allowed to participate in the City of Phoenix Parks and Recreation activities, programs or leisure, I hereby for myself, my child, my heirs and assigns, agree to waive, release and forever discharge any and all claims, rights and causes of action against the City of Phoenix, its officers, officials, employees, agents and volunteers (the City), for injury or damage caused or alleged to be caused in whole or in part by the negligence of the City. I understand that this means that I will not make any claims against or sue the City of Phoenix, its agents or employees, for injuries or damage sustained by me or my child. I recognize that this means I will not recover any money from the City of Phoenix, its agents or employees, for injuries or damage sustained by me or my child.

I recognize that the negligence of the City of Phoenix may include, but is not limited to, acts or failure to act regarding facilities and equipment maintenance, field design, construction, instructions of City personnel, interpretation and enforcement of rules, provision of medical or emergency medical assistance, inattention, and supervision of participants and their surrounding environment.

I recognize that injuries and damage may be caused by any of the following: falling; tripping; being pushed; running; sliding; exposure to bodily fluids, infection or disease; bodily reactions to insect or animal bites, food or materials used in the activity; striking or being struck by another individual; equipment used in the activity; a condition of the land or building where the activity is located; drowning; criminal acts of known or unknown persons; an error in administering first aid; or by a motor vehicle accident; and other similar acts, incidents or conditions.

The type of injuries may range from minor injuries and fractures to paralysis, brain damage and death.

I understand and expressly agree that this waiver and release of all claims is intended to be as broad and inclusive as permitted by the laws of Arizona. If any portion of this waiver is held invalid, I agree that the remainder shall continue in full force and effect.

Also, and in addition to the above waiver and release, I understand and voluntarily assume all risks associated with my child's or my own participation in this activity. I (or my child) am physically capable of participating in this activity. I (or my child) have the necessary degree of skill, training, experience or ability to participate at the level I choose. I do not expect the City to coach, manage, instruct or train me (or my child). I understand that the City does not carry insurance to cover participants, and that there would be an increase in the activity fee if the City were to provide insurance.

I do hereby grant and give these groups the right to use my or my child(s) photograph or image with or without my or my child's name, both singly and in conjunction with other persons or objects and presentations, advertising, publicity, and promotion relating thereto.

**Signature** ____________________

The signed has read and on behalf of the Client agrees to be bound by this Permit and the Terms and Conditions contained herein and attached hereto, and hereby warrants and represents that he/she executes this Permit on behalf of the Client and has sufficient power, authority and capacity to bind the Client with his/her signature.

Permit Revocable at Will: This revocable permit is subject to revocation at any time in the discretion of the City Council or by the City Manager or his designee. Such discretion shall be controlled solely by consideration of the best interests of the City of Phoenix; which may include but are not limited to violation or breach of any federal, state or City of Phoenix law, ordinance, code, rule, regulation, court decree or any condition of this permit. For a complete list of Park Regulations, please visit: http://www.codepublishing.com/az/phoenix/html/Phoenix24/Phoenix24.html.

Applicant is responsible for following all park regulations. Violations of these regulations may jeopardize this Special Use Permit and /or future requests. Fees are subject to change based on City Council and/or Parks and Recreation Board action. Disorderly Conduct: The Phoenix Parks and Recreation Department reserves the right to eject or cause to be ejected any person or persons considered by staff to be disorderly. Disorderly conduct includes, but is not limited to, conduct committed with the intent to disturb the peace or quiet of a neighborhood, family or person by engaging in fighting or seriously disruptive behavior; or by making unreasonable noise; or by using abusive or offensive language with the likely result of provoking physical retaliation. For the Policy on Codes of Conduct, please visit http://phoenix.gov/parks/parks/rules/codeconduct.html.

*Emergency after business hours issues ON DAY OF THE ACTIVITY Contact:

(DTD) Downtown Division (602)261-8443, (NED)Northeast Division Parks (602)262-6696, (NWD) Northwest Division Parks (602)262-6575, (NRD) Mountain Preserves (602)495-5458, (SD) South Division Parks (602)262-6111, (SOD) Special Operations (602)261-8011.

Chard Declaration
Exhibit B

**City of Phoenix**
Parks and Recreation Department
*Building healthy communities through parks, programs, and partnerships.*

August 21, 2026

Brandy Chard
Billy's Way Home
7127 W Sherri Jean Ln Phoenix, AZ 85382
billyswayhome@gmail.com
480-930-1096

**City of Phoenix Parks Services Permit**

Dear Billy's Way Home Team,

Attached you will find the approved Parks Services Permit dates for your upcoming event. Please note that official permits will be issued 72 hours prior to each Parks Services Event.

Your approved locations, dates, and times are as follows:

**Approved Parks Services Permit Schedule (September–December 2026)**

**Cave Creek Sweetwater**
• September 5, 2026
Time: 6:00 PM – 9:00 PM

**Cave Creek Sweetwater**
• September 12, 2026
Time: 6:00 PM – 9:00 PM

**Cave Creek Cactus**
• September 19, 2026
Time: 6:00 PM – 9:00 PM

**Cave Creek Sweetwater**
• October 3, 2026
Time: 5:00 PM – 8:00 PM